# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA DIANA WILLIAMS HURST,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 07-0088-KD-M** |
| **MOBILE COUNTY METRO JAIL and SHERIFF'S DEPARTMENT,** | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) and Local Rule 72.2(d) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to comply with the Court's orders and to prosecute this action by paying the filing fee.

**DONE** this 12th day of June, 2007.

                                  s / Kristi K. DuBose
                                   **KRISTI K. DuBOSE**
                                   **UNITED STATES DISTRICT JUDGE**